# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

CHRISTOPHER FOSTER,

|  |  |  |
|---|---|---|
| Petitioner, | : | Case No. 1:15-cv-713 |
|  |  | Consolidated with 1:16-cv-846 |
| - vs - |  | District Judge Michael R. Barrett |
|  |  | Magistrate Judge Michael R. Merz |

RONALD ERDOS, WARDEN,
  Southern Ohio Correctional Facility,

                                                  :

           Respondent.

---

# REPORT AND RECOMMENDATIONS ON MOTION FOR JUDGMENT

---

These consolidated habeas corpus cases are before the Court on Petitioner's Supplemental Motion for Judge Barrett Based on Safety Concerns of Necessity (ECF No. 71). These consolidated habeas corpus cases are presently pending on recommendations of the Magistrate Judge that they be dismissed with prejudice.

The instant Motion claims Petitioner is entitled to immediate release under *Lynce v. Mathis,* 519 U.S. 433 (1997). That case involved an application of the Ex Post Facto Clause to changes in Florida's "gain time" statutes. In contrast, Fisher has no ex post facto claim in this case and the claims he has made are either not cognizable in habeas corpus or barred by procedural default.

1

Therefore Petitioner is not entitled to immediate release under Lynce.

May 10, 2017,

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by mail. .Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).