UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Foster,

    Petitioner,

        v.                       Case No. 1:15cv713

Ronald Erdos, Warden, Southern
Ohio Correctional Facility,             Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February1, 2019 (Doc. 124).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 124) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Petitioner's Motion to Amend Under First Step Act is **DENIED**.

    **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court