UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Foster,

    Petitioner,

        v.         Case No. 1:15cv713

Ronald Erdos, Warden,
Southern Ohio Correctional Facility,     Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on January 30, 2020 (Doc. 145).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 145) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 145) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Petitioner's Motion under 28 U.S.C. § 2244(d)(1)(B) (Doc. 144) is denied for lack of jurisdiction.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                          */s/ Michael R. Barrett*
                          Michael R. Barrett, Judge
                          United States District Court