UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Foster,

    Petitioner,

        v.                              Case No.   1:15cv713

Ronald Edros, Warden,
Southern Ohio Correctional Facility,

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 27, 2023 (Doc. 184).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 184) have been filed and the time to do so has expired.

    Accordingly, it is **ORDERED** that the R&R (Doc. 184) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the Petitioner's motion for relief from judgment (Doc. 183) is denied.

    **IT IS SO ORDERED.**

                                                     *s/Michael R. Barrett*
                                                     Michael R. Barrett, Judge
                                                     United States District Court